UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLYDE EDWARDS

VERSUS  CIVIL ACTION NO.: 07-16-JVP-CN

JAMES M. LEBLANC

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 2, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, this action shall be **DISMISSED** pursuant to Uniform Local Rule 41.3M, without prejudice. The petitioner's claims may be reinstated within 30 days, for good cause shown.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 23, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA